**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DONALD EDWARD BEATY et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-00289-RJL |
| v. | ) ) | |
| FOOD AND DRUG ADMINISTRATION et al., | ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION FOR SCHEDULING ORDER**

The parties have conferred and agreed that this case may be most expeditiously advanced through cross motions for disposition of various legal issues presented by plaintiffs' complaint and, therefore, move the Court to enter a scheduling order providing as follows:

1. Plaintiffs shall file a motion for summary judgment, in whole or in part, on or before March 21, 2011;

2. Defendants shall file a combined response in opposition to plaintiffs' motion for summary judgment and their own motion to dismiss and/or for summary judgment on or before April 20, 2011;

3. Plaintiffs shall file a combined reply in support of their motion for summary judgment and response in opposition to defendants' motion to dismiss and/or for summary judgment on or before May 20, 2011;

4. Defendants shall file a reply in support of their motion to dismiss and/or for summary judgment on or before June 3, 2011;

5. Each of the parties may assert in their said motions any and all issues which, in their respective views, may be properly resolved on such motions;

6. The memoranda of the parties with respect to their motions, responses, and replies shall comply with the rules of this Court except that each side may file memoranda totaling no more than 100 pages;

7. The Court, in its discretion, shall hear argument on the parties' said motions at a date and time to be determined by the Court in consultation with the parties; and

8. All other obligations of the parties with respect to this action shall be stayed pending resolution of the parties' said motions.

Respectfully submitted,

For the Plaintiffs:

/s/
Branford A. Berenson (DC Bar No. 441981)
Coleen Klasmeier (DC Bar No. 465050)
Eric A. Shumsky (DC bar No. 477926)
Sean C. Griffin (DC Bar No. 499537)
  SIDLEY AUSTIN LLP
  1501 K Street, N.W.
  Washington, DC 20005
  (202) 736-8000
  (202) 736-8711 (fax)
  sgriffin@sidley.com

*Attorneys for Plaintiffs*

*Of Counsel*
Jon M. Sands
Dale A. Baich
  OFFICE OF THE FEDERAL PUBLIC DEFENDER
    FOR THE DISTRICT OF ARIZONA

For the Defendants:

TONY WEST
Assistant Attorney General

EUGENE M. THIROLF
Director


/s/
GERALD C. KELL (DC Bar No. 929125)
Senior Trial Counsel
Office of Consumer Litigation
P.O. Box 386
Washington, D.C.  20044
(202) 514-1586
(202) 514-8742 (fax)
gerald.kell@usdoj.gov

850 West Adams Street, Suite 201
Phoenix, Arizona 85007
 (602) 382-2816
 (602) 889-3960 (fax)
 da;e_baich@fd.org

*Attorneys for Plaintiffs*

Of Counsel

SALLY A. HOWARD
Acting General Counsel

RALPH S. TYLER
Associate General Counsel

ERIC M. BLUMBERG
Deputy Associate General Counsel

JULIE A. DOHM
Assistant Chief Counsel
Department of Health and
 Human Services
Office of the General Counsel
Food and Drug Division
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002