IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD EDWARD BEATY et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FOOD AND DRUG ADMINISTRATION et al., ) <br> ) <br> Defendants. ) | No. 1:11-cv-00289-RJL |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Motion Scheduling Order, and it appearing that good cause exists to grant the motion, it is hereby ORDERED that this case shall proceed according to the following schedule:

1. Plaintiffs shall file a motion for summary judgment, in whole or in part, on or before March 21, 2011;

2. Defendants shall file a combined response in opposition to plaintiffs' motion for summary judgment and their own motion to dismiss and/or for summary judgment on or before April 20, 2011;

3. Plaintiffs shall file a combined reply in support of their motion for summary judgment and response in opposition to defendants' motion to dismiss and/or for summary judgment on or before May 20, 2011;

4. Defendants shall file a reply in support of their motion to dismiss and/or for summary judgment on or before June 3, 2011;

5. Each of the parties may assert in their said motions any and all issues which, in their respective views, may be properly resolved on such motions;

6. The memoranda of the parties with respect to their motions, responses, and replies shall comply with the rules of this Court except that each side may file memoranda totaling no more than 100 pages;

7. The Court, in its discretion, shall hear argument on the parties' said motions at a date and time to be determined by the Court in consultation with the parties; and

8. All other obligations of the parties with respect to this action shall be stayed pending resolution of the parties' said motions.

SO ORDERED, this 25th day of February 2011.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE