**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Donald Edward BEATY, Daniel Wayne COOK, Eric J. KING, Brett Patrick PENSINGER, and Stephen Michael WEST, <br><br> Plaintiffs, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, Kathleen SEBELIUS, and Margaret A. HAMBURG, M.D., <br><br> Defendants. | **Civil Action No. 1:11-cv-00289 (RJL)** <br><br> **ECF Case** |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs Daniel Wayne Cook, Brett Patrick Pensinger, and Stephen Michael West (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully inform the Court that:

1. Plaintiff Eric J. King (Arizona Prisoner 046518) was executed by the State of Arizona on March 29, 2011; and

2. Plaintiff Donald Edward Beaty (Arizona Prisoner 054558) was executed by the State of Arizona on May 26, 2011.

– 2 –

Respectfully submitted,

　　　　/s/ Bradford A. Berenson　　　　

| | |
|---|---|
| *Of Counsel* | Bradford A. Berenson (DC Bar No. 441981) |
| Jon M. Sands | Coleen Klasmeier (DC Bar No. 465050) |
| Dale A. Baich | Eric A. Shumsky (DC Bar No. 477926) |
| OFFICE OF THE FEDERAL PUBLIC DEFENDER | Sean C. Griffin (DC Bar No. 499537) |
| FOR THE DISTRICT OF ARIZONA | SIDLEY AUSTIN LLP |
| 850 West Adams Street, Suite 201 | 1501 K Street, N.W. |
| Phoenix, Arizona 85007 | Washington, DC  20005 |
| (602) 382-2816 | (202) 736-8000 |
| (602) 889-3960 (fax) | (202) 736-8711 (fax) |
| dale_baich@fd.org | sgriffin@sidley.com |

*Attorneys for Plaintiffs*

DATED: June 28, 2011

## CERTIFICATE OF SERVICE

I, Sean C. Griffin, certify that on the 28th of June, 2011, I caused a true and correct copy of the foregoing Suggestion of Death to be served on all counsel of record in this litigation by causing the same to be filed through the Court's CM/ECF system.  In addition, I caused a true and correct copy of the foregoing Suggestion of Death to be served on the following counsel at the following email addresses:

| | |
|---|---|
| Gerald Kell | Gerald.Kell@usdoj.gov; |
| Eric Blumberg | Eric.Blumberg@fda.hhs.gov; |
| Karen Schifter | Karen.Schifter@fda.hhs.gov; |
| Julie Dohm | Julie.Dohm@fda.hhs.gov; and |
| Michael Stern | Michael.Stern@fda.hhs.gov. |

       /s/ Sean C. Griffin
*Attorney for Plaintiffs*