UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD EDWARD BEATY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FOOD & DRUG ADMINISTRATION, *et. al.*, <br><br> Defendants. | Civil Action No. 11-0289 (RJL) |

DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants Food and Drug Administration, United States Department of Health and Human Services, Kathleen G. Sebelius, and Margaret A. Hamburg hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order (Doc. No. 24) entered herein on March 27, 2012.

    Respectfully submitted,

    STUART F. DELERY
    Acting Assistant Attorney General

    MAAME EWUSI-MENSAH FRIMPONG
    Acting Deputy Assistant Attorney General

    MICHAEL S. BLUME
    Director

    /s/
    GERALD C. KELL
    Senior Trial Counsel
    Consumer Protection Branch
    U.S. Department of Justice
    P.O. Box 386
    Washington, D.C.  20044
    (202) 514-1586

Of Counsel:

WILLIAM B. SCHULTZ
Acting General Counsel

ELIZABETH H. DICKINSON
Associate General Counsel,
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

JULIE A. DOHM
Assistant Chief Counsel

U.S. Dept. of Health & Human Services
Office of the General Counsel
White Oak 31 Room 4562
10903 New Hampshire Avenue
Silver Spring, MD 20993