IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donald Edward BEATY, Daniel Wayne COOK, Eric J. KING, Brett Patrick PENSINGER, and Stephen Michael WEST, <br><br> Plaintiffs, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, Kathleen SEBELIUS, and Margaret A. HAMBURG, M.D., <br><br> Defendants. | **Civil Action No. 1:11-cv-00289 (RJL)** <br><br> **ECF Case** <br><br> **FILED** <br> JUN 2 2 2012 <br> Clerk, U.S District & Bankruptcy Courts for the District of Columbia |

## ORDER

Upon consideration of the Unopposed Motion to Dismiss Count II, Enter Final Judgment, and Make Certain Modifications to the Court's Injunction filed by Plaintiffs in the above-captioned matter, it is this __22__ day of __June__, 2012,

**ORDERED**, that the Motion is GRANTED, and it is further,

**ORDERED**, pursuant to Federal Rule of Civil Procedure 41(a)(2) that Count II of Plaintiffs' First Amended Complaint is dismissed without prejudice; and it is further,

**ORDERED**, that the sentence of the Order dated March 27, 2012 (Dkt. No. 24), stating that FDA is "permanently enjoined from permitting the entry of, or releasing any future shipments of, foreign manufactured thiopental into interstate commerce" is hereby modified to read, "permanently enjoined from permitting the entry of, or releasing any future shipments of, foreign manufactured thiopental that appears to be misbranded or in violation of 21 U.S.C. §§ 355," and it is further,

- 2 -

**ORDERED**, pursuant to Federal Rule of Civil Procedure 54(b) that the Clerk shall enter final judgment disposing of this action in its entirety.

_____
Hon. Richard J. Leon
United States District Court Judge