# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 12-5176**                          **September Term, 2012**
                                         FILED ON: JULY 23, 2013

DANIEL WAYNE COOK, ET AL.,
    APPELLEES

v.

FOOD & DRUG ADMINISTRATION, ET AL.,
    APPELLANTS

Consolidated with 12-5266

Appeals from the United States District Court
for the District of Columbia
(No. 1:11-cv-00289)

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 10/16/2013

Before: ROGERS, *Circuit Judge*, and GINSBURG and SENTELLE, *Senior Circuit Judges*

### JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the underlying judgment of the District Court appealed from in these causes be affirmed, but the portion of the remedial order pertaining to thiopental already in the possession of the states be vacated, in accordance with the opinion of the court filed herein this date.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:
          /s/
          Jennifer M. Clark
          Deputy Clerk

Date: July 23, 2013

Opinion for the court filed by Senior Circuit Judge Ginsburg.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk